UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CV-334-F

| | | |
|---|---|---|
| CRYSTAL CLARK, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| QUANTELL, INC., | ) | |
|     Defendant. | ) | |

Plaintiff Crystal Clark initiated this action by filing a complaint in the North Carolina General Court of Justice, Superior Court Division, Onslow County, on October 26, 2012. Plaintiff appears to allege some sort of retaliatory discharge claim arising out of her former employment relationship with Defendant Quantell, Inc. Defendant timely filed a Notice of Removal on November 26, 2012, and on December 3, 2012, filed a Motion to Dismiss [DE-7] Plaintiff's Complaint for failure to state a claim.

Plaintiff, who is represented by counsel, had until December 27, 2012, to file a response to the motion to dismiss. She has failed to do so. Therefore, for the reasons stated in the Defendant's memorandum in support thereof, the unopposed Motion to Dismiss [DE-7] is ALLOWED. The Clerk of Court is DIRECTED to close this case.

SO ORDERED.

This the 7 day of January, 2013.

James C. Fox
Senior United States District Judge